# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

JORGE HUMBERTO ZARAZUA and
GABRIEL ESCAMILLA

**CRIMINAL COMPLAINT**

CASE NUMBER: 02-1647-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 2, 2001** in the District of **Massachusetts** defendant, (Track Statutory Language of Offense)

conspire to distribute, and to possess with intent to distribute, marijuana, a Schedule I controlled substance

in violation of Title **21** United States Code, Section(s) **846, 841(a)(1)**.

I further state that I am a **Special Agent, Drug Enforcement Administration** and that this complaint is based on the following facts:

See attached Affidavit of Brian Tomasetta

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_____
Signature of Complainant
BRIAN TOMASETTA
Special Agent, Drug Enforcement
Administration

Sworn to before me and subscribed in my presence,

**April 17, 2002** at **Boston, Massachusetts**
Date                                    City and State

CHARLES B. SWARTWOOD, III
United States Magistrate Judge
Title of Judicial Officer

_____
Name and Signature of Judicial Officer

DOCKETED