UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

FILED
IN CLERK'S OFFICE

2004 JUL 20 P 1: 35

UNITED STATES OF AMERICA

VS.

Jorge Humberto Zarazua

02-mj 1647CBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION FOR AUTHORITY TO EXPEND FUNDS
FOR AN INTERPRETER

Now comes Melvin Norris Court Appointed Attorney for the Defendant, JORGE HUMBERTO

AND MOVES THIS Honorable Court for $500.00 for service for an interpreter and assigns as

reason therefor that the Defendant speaks SPANISH and Counsel does not speak SPANISH and

an interpreter is required to prepare the case.

Respectfully Submitted

Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

July 19, 2004