```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
                                            05 10099 NMG

UNITED STATES OF AMERICA        ) Criminal Number:
                                )
        v.                      ) Violations:
                                )
                                ) 18 U.S.C. § 4 -
                                ) Misprision of a Felony
1. JORGE HUMBERTO ZARAZUA       )
2. GABRIEL ESCAMILLA,           )
        Defendants              )
```

**INFORMATION**

**COUNT ONE:**   **(Title 18 United States Code, Section 4 -- Misprision of a Felony)**

The United States Attorney charges that:

On or about December 2, 2001, in Natick and elsewhere in the District of Massachusetts, and elsewhere, the defendants,

1. JORGE HUMBERTO ZARAZUA, and
2. GABRIEL ESCAMILLA,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, possession of a controlled substance -- to wit, a mixture or substance containing a detectable amount of marijuana -- with the intent to distribute it, did conceal the same by transporting that marijuana in closed cardboard boxes within a closed tractor-trailer unit, unloading those boxes within a secure storage facility under cover of night, and storing the boxes within a locked, limited-access storage unit, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States,

All in violation of Title 18, United States Code, Section 4.

                           MICHAEL J. SULLIVAN
                           United States Attorney

               By:  /s/ Rachel E. Hershfang
                          RACHEL E. HERSHFANG
                          Assistant U.S. Attorney

Dated: April 7, 2005

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** DEA

City  Natick

**Related Case Information:**

County  Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  02-1647-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jorge Humberto Zarazua   Juvenile  ☐ Yes  ☒ No

Alias Name

Address

Birth date: 1967   SS#: -8780   Sex: M   Race: _____   Nationality: _____

Defense Counsel if known:  M. Norris 508-358-3305   Address: _____

Bar Number:

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang 748-3249   Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as _____ in  Wyatt
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☒ Information  ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  April 7, 2005   Signature of AUSA: _____

≈JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**  Jorge Humberto Zarazua

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §4 | Misprision of felony | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Natick     **Related Case Information:**

**County** Middlesex     Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    02-1647-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Gabriel Escamilla     Juvenile    ☐ Yes    ☒ No

**Alias Name** _____

**Address** _____

**Birth date:** 1950    **SS#:** -3282    **Sex:** M    **Race:** _____    **Nationality:** _____

**Defense Counsel if known:** J. Budreau     **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Rachel E. Hershfang 748-3249     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in Norfolk Cty HOC
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☒ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ 1 Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 7, 2005     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05 10099 NMG

District Court Case Number  (To be filled in by deputy) _____

Name of Defendant    Gabriel Escamilla

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §4 | Misprision of felony | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js45 Escamilla.wpd - 3/13/02