```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
      v.                      )    No. 05CR10099-NMG
                              )
                              )
GABRIELLE ESCAMILLA           )
```

**MOTION TO CONTINUE ARRAIGNMENT DATE**

Now Comes defendant, Gabrielle Escamilla, who respectfully moves this Court to continue the date for his arraignment from May 23, 2005 to May 11, 12 or June 15 or 16, 2005. In support of this Motion, defendant states the following:

1. Mr. Escamilla's counsel, James Budreau, will be starting a first degree murder trial in Suffolk County on May 16, 2005. The case is scheduled for full days and is expected to go into June.

2. Counsel is available on May 11 and 12 prior to trial and June 15 and 16 after trial.

Wherefore, defendant moves this Court to grant defendant's motion to continue the arraignment date in this matter.

```
                         Respectfully submitted,
                         GABRIELLE ESCAMILLA
                         By his Attorney
```

>     _____
>     JAMES H. BUDREAU, ESQ.
>     BBO# 553391
>     20 Park Plaza, Suite 905
>     Boston, MA 02112
>     (617) 227-3700