UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: 05-10099-NMG |
| | ) |
| V. | ) Violations: |
| | ) |
| | ) 18 U.S.C. § 4 - |
| | ) Misprision of a Felony |
| 1. JORGE HUMBERTO ZARAZUA | ) |
| 2. GABRIEL ESCAMILLA, | ) |
| Defendants | ) |

**WAIVER OF INDICTMENT**

I, Gabriel Escamilla, who is accused of misprision of a felony, in violation of 18 U.S.C. §4, being advised of the nature of the charges and of my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
GABRIEL ESCAMILLA

_____
JAMES BOUDREAU, ESQ.
Attorney for Defendant

Date: 6/15/06

Accepted: NMGorton, USDJ 6/16/05