September 4, 2005

James H. Budreau
Attorney At Law
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

Your Honor;

My name is Armida Escamilla and I am Gabriel Escamilla's wife. We have been married for 28 years and have 3 beautiful sons. For the past 3 years our life has been a real challenge. I work out of my house doing childcare, but I am not able to cover all of daily expenses so I have had to rely on my 2 eldest sons to stay at home and help me out. They have basically put their lives on hold in order to help me and their younger brother out.

I am asking that you give my husband the opportunity to reunite with his family so that he can get his life back on track and give my older sons the opportunity to continue on their path.

Gabriel has always been a very loving, devoted and caring father and sole support of the family. I think he has paid the price of trusting in others and deserves a chance to reunite with his family again. We will continue to support him and love him and hope to be a family again real soon.

Sincerely,

*Armida Escamilla*

Armida Escamilla

September 4, 2005

James H. Budreau
Attorney At Law
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

Your Honor;

My name is Gerardo Escamilla and I am 24 years old. I am writing in hopes that when my fathers case is heard he is given some leniency and will be able to return home to his family in California.

I recently served in the United States Army for 4 years and am presently working full-time in the Automotive/Management field. I am living at home with my mother and other brothers due to my father's absence. I would like to get on with my life and create a future for myself but unfortunately I am unable to do so as long as my father is away from the home. He is greatly needed at home so he can fulfill his responsibilities as a father as he has in the past. I believe everyone makes mistakes but they should also be given the opportunity to correct them. I believe my father has served enough time and should be given the opportunity to prove himself again. He has a stable home, a committed and loving wife of 28 years and 3 sons that need him.

Sincerely,

Gerardo Escamilla

September 4, 2005

James H. Budreau
Attorney At Law
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

Your Honor;

My name is Gabriel Escamilla Jr. and I am 28 years old. I am writing in reference to my father's case. For the past 3 years since my father has been incarcerated I have been helping support my mother and younger brothers. I myself have a little girl that I support and this has been very over whelming at times. I work a lot of overtime in order to keep everything in order. I am trying to start my own life, but am unable to move forward until my father returns home.

I am asking that you give leniency to my father so that he may return home to his family and get his life back in order. He has always been a very loving and supportive father, but evidently has made a very big mistake. Hopefully this time away from his family has given him time to get his priorities in order. He has always been very hardworking and taken care of our family and we really need him to resume his responsibilities.

Sincerely,

Gabriel Escamilla Jr.